# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Amada America, Inc., a California Corporation, Plaintiff.
v.
Precision American Metals, LLC, An Illinois Limited Liability Corporation, and John M. Mazurek and Pamela F. Mazurek, individually, Defendants.

Case Number:
FILED: March 24, 2008
08cv1706    JH
JUDGE NORGLE
MAGISTRATE JUDGE SCHENKIER

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Amada America, Inc.

| | |
|---|---|
| NAME (Type or print) | |
| Cory D. Anderson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Cory D. Anderson | |
| FIRM | |
| Connelly Roberts & McGivney LLC | |
| STREET ADDRESS | |
| 55 West Monroe, Suite 1700 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 37236 | 312-251-9600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |