IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMADA AMERICA, INC., a California corporation,<br><br>      Plaintiff,<br><br>      v.<br><br>PRECISION AMERICAN METALS, LLC., An Illinois Limited Liability Corporation, and JOHN M. MAZUREK and PAMELA F. MAZUREK, individually,<br><br>      Defendants. | No. 08 CV 1706 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on April 4, 2008 at 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Norgle, or any judge sitting in his stead, in Room 2341 at 219 S. Dearborn, Chicago, Illinois, and then and there present Plaintiff's Motion to Enter Confession of Judgment Order, a copy of which is attached hereto and served upon you.

                                            Respectfully submitted,

                                            AMADA AMERICA, INC.

                                            /s/Cory D. Anderson
                                               One of their Attorneys

## CERTIFICATE OF SERVICE

This certifies that the aforementioned document was filed electronically through ECF filing on March 28, 2008 before 5:00 p.m.

Matthew P. Connelly
Cory D. Anderson
Connelly Roberts & McGivney LLC
55 West Monroe, Suite 1700
Chicago, IL 60603
T: 312-251-8600
F: 312-251-9601